CARROLL & ASSOCIATES, P.C.
Sheila Lamb Carroll (SBN 142764)
Samantha I. Pranatadjaja (SBN 305383)
3600 American River Drive, Suite 205
Sacramento, CA  95864
Telephone:  916.488.5388
Facsimile:   916.488.5387
scarroll@thecarrollfirm.com
samantha@thecarrollfirm.com

Attorneys for Defendants
Bento Box Restaurant, Inc.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker<br><br>           Plaintiff,<br><br>     v.<br><br>Bento Box Restaurant, Inc., a California Corporation<br><br>           Defendant. | Case No. 2:22-cv-00101-KJM-CKD<br><br>**JOINT STIPULATION RE: DEFENDANT'S RESPONSIVE PLEADING TO COMPLAINT AND ORDER** |

   Plaintiff BRIAN WHITAKER ("WHITAKER") and Defendant BENTO BOX RESTAURANT, INC. ("BENTO BOX RESTAURANT") hereby stipulate and agree as follows:

   WHEREAS, on January 18, 2022, WHITAKER filed his Complaint against BENTO BOX RESTAURANT;

   WHEREAS, on February 25, 2022, WHITAKER granted BENTO BOX RESTAURANT a two-week extension to file its responsive pleading to March 15, 2022;

   WHEREAS, BENTO BOX RESTAURANT requested an additional three-week extension to file its responsive pleading to continue settlement discussions with WHITAKER;

   WHEREAS, WHITAKER and BENTO BOX RESTAURANT agree it is in their best interest to extend BENTO BOX RESTAURANT's responsive pleading deadline to April 5, 2022;

**Carroll & Associates, PC**

1  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

2  BENTO BOX RESTAURANT's responsive pleading deadline is extended to April 5, 2022.

DATED: March 15, 2022　　　　　　　　Center for Disability Access
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff


By:　*/s/ Amanda Seabock*
　　　Amanda Seabock, Esq. (SBN 289900)
　　　Prathima Price, Esq. (SBN 321378)
　　　Dennis Price, Esq. (SBN 279082
　　　8033 Linda Vista Road, Suite 200
　　　San Diego, CA 92111
　　　Ph: (858) 375 - 7385
　　　Fax: (888) 422 - 5191
　　　Email: amandas@potterhandy.com


DATED: March 15, 2022　　　　　　　　Carroll & Associates, PC
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant


By:　*/s/ Samantha I. Pranatadjaja*
　　　Sheila Lamb Carroll (SBN 142764)
　　　Samantha I. Pranatadjaja (SBN 305383)
　　　3600 American River Drive, Suite 205
　　　Sacramento, CA 95834
　　　Ph: (916) 488-5388
　　　Fax: (916) 488-5387
　　　Email: scarroll@thecarrollfirm.com
　　　　　　samantha@thecarrollfirm.com

**Carroll & Associates, PC**

JOINT STIPULATION RE: DEFENDANT'S RESPONSIVE PLEADING TO COMPLAINT AND ORDER

## **ORDER**

IT IS SO ORDERED. BENTO BOX RESTAURANT's responsive pleading deadline is extended to April 5, 2022.

DATED: March 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE